IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KEVIN PEMBERTON,**                                      07-CV-1376-BR

      **Plaintiff,**                                        JUDGMENT

v.

**MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,**

      **Defendant.**

    Based on the Court's Opinion and Order (#__) issued August 19, 2008, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 19th day of August, 2008.

                                         /s/ Anna J. Brown

                                         ANNA J. BROWN
                                         United States District Judge

1 - JUDGMENT